**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LARRY THOMAS SALISBURY,**

      **Plaintiff,**

  v.                                    Case No.:  2:15-cv-2600
                                                       **JUDGE GEORGE C. SMITH**
                                                       **Magistrate Judge Kemp**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court on the Joint Stipulation to Remand to the Commissioner (Doc. 15).  The parties jointly stipulate that this matter should be remanded to the Commissioner of Social Security pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  On remand, the Appeals Council will remand this matter to an Administrative Law Judge for further proceedings.

      Accordingly, pursuant to the Joint Stipulation to Remand, this action is hereby remanded for further proceedings.  The Clerk is instructed to remand this matter to the Commissioner of Social Security and close this case.

      **IT IS SO ORDERED.**

                                                      */s/ George C. Smith*
                                                      **GEORGE C. SMITH, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**